■ In the Matter of PATRICK J. CUNNINGHAM, a Disbarred Attorney. [628 NYS2d 480] —Motion granted and petitioner reinstated as an attorney and counselor-at-law in the State of New York effective June 22, 1995. Concur—Kupferman, J. P., Nardelli, Williams and Tom, JJ.